UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ISABELLE BICHINDARITZ,              )   No. C10-1371RSL
                                    )
                Plaintiff,          )
         v.                         )   ORDER SEALING DOCUMENTS
                                    )   AND REQUIRING SUBMISSION
UNIVERSITY OF WASHINGTON,           )   OF REDACTED COPIES
                                    )
                Defendant.          )
_____)

This matter comes before the Court on the "Stipulated and Agreed Order to Redact Portions of Plaintiff's Motion for Summary Judgment and to Seal Certain Exhibits Attached Thereto." Dkt. # 35. The parties agree that the identities of two non-party employees of the University of Washington and the contents of their tenure files should be protected from public disclosure. Because of the way the documents were filed in the Court's electronic docketing system, it is not possible to seal only those exhibits for which good cause has been shown, namely Exhibits 3, 4, 7-28, 30, 32, 35, 40, 42, 43, and 50-52.

The Clerk of Court is directed to seal plaintiff's original motion for summary judgment (Dkt. # 26) and the Declaration of Frederick H. Gautschi, III (Dkt. # 27), including all exhibits. Plaintiff shall, within five days of the date of this Order, refile redacted versions of the motion and declaration along with unsealed copies of Exhibits 1, 2, 5, 6, 29, 31, 33, 34, 36-39, 41, and 44-49.

Dated this 26th day of July, 2011.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER SEALING DOCUMENTS
AND REQUIRING SUBMISSION
OF REDACTED COPIES -2-