UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| ISABELLE BICHINDARITZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　Defendant. | Case No. C10-1371RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO PRECLUDE PLAINTIFF FROM PRESENTING NEW THEORIES, WITNESSES, OR EXHIBITS |

This matter comes before the Court on "Defendant University of Washington's Motion to Preclude Plaintiff from Presenting Proposed New Theories, Witnesses, or Exhibits." Dkt. # 133. Plaintiff will not be permitted to present evidence regarding claims that have not been asserted in this litigation. Plaintiff is not, however, bound to the form of the pretrial order that was generated in the fall of 2011. That document was not filed with the Court and events have since occurred that may impact the way in which the parties decide to pursue their claims and defenses.[1] The revised case management orders reset the deadline for submission of the pretrial order and left

---

[1] The Court struck the original trial date so that the parties could participate in a settlement conference before the Honorable James L. Robart. In addition, some of defendant's key witnesses have moved and plaintiff has associated new counsel.

ORDER DENYING DEFENDANT'S MOTION
TO PRECLUDE PLAINTIFF FROM PRESENTING
NEW THEORIES, WITNESSES, OR EXHIBITS

the parties with ample time to made any changes or additions they felt were necessary. Plaintiff is entitled to present the best available evidence in support of her claims and is not required to adhere to the script that was drafted by her former counsel. If, for example, new counsel's review of the documents produced during discovery reveals additional documents that support plaintiff's retaliation claim, the Court will not prohibit their admission simply because former counsel missed them five months ago.

For all of the foregoing reasons, defendant's motion (Dkt. # 133) is GRANTED in part and DENIED in part.

Dated this 19th day of March, 2012.

Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO PRECLUDE PLAINTIFF FROM PRESENTING
NEW THEORIES, WITNESSES, OR EXHIBITS