UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISABELLE BICHINDARITZ,

             Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

             Defendant.

Case No. C10-1371RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 17, 2013, plaintiff filed a motion to supplement her Rule 62.1(a) motion to entertain a motion for relief from judgment which, taken as a whole, exceeds 50 pages in length. (Dkt. # 213). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause, within five days of the date of this Order, why she should not be sanctioned for failure to comply with Local Rule 10(e)(9). Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

DATED this 23rd day of October, 2013.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE